**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Darrel Darnell WILLIAMS,**
**Defendant–Appellant.**

**No. 04–40654.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided June 22, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Darrel Darnell Williams, Lovelady, TX, pro se.

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Darrel Darnell Williams has moved for

leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record, counsel's brief, and Williams's response shows that there are no nonfrivolous issues for appeal. The record is insufficiently developed to allow consideration on direct appeal of Williams's claim of ineffective assistance of counsel. *See United States v. Higdon,* 832 F.2d 312, 314 (5th Cir.1987). Accordingly, without prejudice to Williams's right to file a motion pursuant to 28 U.S.C. § 2255, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under